UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES HOLDEN,<br><br>                              Plaintiff,<br><br>             -against-<br><br>THE CITY COMMISSIONER OF NYC CORRECTIONS et al.,<br><br>                              Defendants. | 24-CV-74 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's May 21, 2024 Order, ECF No. 21, the City of New York was required to respond to the Court's Valentin Order by May 22, 2024. To date, it has not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 5, 2024**.

    In addition, pursuant to the May 21, 2024 Order, ECF No. 21, **Plaintiff Charles Holden was to file a letter on the docket giving as many details as possible about all of the incidents in the complaint (except for the July 17th incident) by May 31, 2024.** To date, he has not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 7, 2024**. Plaintiff is reminded that if he fails to provide additional information, the Court may relieve the City from complying with the Valentin Order as it relates to those incidents.

    SO ORDERED.

Dated: June 3, 2024
       New York, New York

                                                  ARUN SUBRAMANIAN
                                              United States District Judge