UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES HOLDEN,<br><br>                              Plaintiff,<br><br>              -against-<br><br>THE CITY COMMISSIONER OF NYC CORRECTIONS et al.,<br><br>                            Defendants. | 24-CV-74 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       The Warden or other official in charge of the Groveland Correctional Facility is hereby ORDERED to produce Charles Holden for a video conference with the City of New York Law Department at a mutually agreed-upon time before July 15, 2024.

       At the conference, Mr. Holden is to provide additional details to help identify the "John Doe" defendants that he seeks to sue. The parties should discuss all incidents at the conference. If Mr. Holden is unable to provide additional information regarding the defendants involved in the incidents that occurred on dates other than July 18, 2023, the Court will relieve Defendants of the obligation to comply with the Valentin order as to those incidents.

SO ORDERED.

Dated: June 21, 2024
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                      United States District Judge